UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

David Bird,

    Plaintiff

v.

Nevada Highway Patrol, et al.,

    Defendants

2:14-cv-02114-JAD-CWH

**Order Adopting Report and Recommendation**

[ECF No. 2]

    On January 23, 2017, the magistrate judge granted David Bird's application to proceed *in forma pauperis* and recommended that I dismiss with prejudice all claims against Bird's public defender because amendment would be futile, and dismiss without prejudice and with leave to amend Bird's remaining claims.[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Objections to the magistrate judge's report and recommendation were due by February 6, 2017, and Bird has not filed an objection or requested an extension to do so.

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 2] is ADOPTED**:

    (1) Bird's claims against defendant Shari Kaufman are DISMISSED with prejudice and without leave to amend;

    (2) Bird's claims against defendants Nevada Highway Patrol and Troopers May, White, Pedraza, Lecko, and Mendoza are DISMISSED without prejudice and with leave to amend;

---

[1] ECF No. 2.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that Bird has until **February 23, 2017,** to file an amended complaint.  **If Bird does not file an amended complaint by this deadline, this action will be dismissed without prejudice and closed without further notice.**

Dated this 9th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge