# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David Bird, | 2:14-cv-02114-JAD-CWH |
|     Plaintiff | |
| | **Order Dismissing and Closing Case** |
| v. | |
| Nevada Highway Patrol, et al., | |
|     Defendants | |

On February 10, 2017, I dismissed all claims in this case with limited leave to amend by February 23, 2017. I instructed the plaintiff in bold type, "If Bird does not file an amended complaint by this deadline, this action will be dismissed without prejudice and closed without further notice."[1] No action has been taken in this case since my February 10, 2017, order. Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

    DATED: September 27, 2017

                                        Jennifer A. Dorsey
                                        United States District Judge

---

[1] ECF No. 5. It appears that the order was returned undeliverable. Thus, the plaintiff has also failed to keep the court apprised of his accurate contact information in violation of LR IA 3-1. This failure affords a second basis to dismiss and close this case.